1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GENE WHITAKER,                              No.  2:14-cv-0947 MCE KJN P

12                    Petitioner,

13        v.                                     ORDER

14   GARY SWARTHOUT,

15                    Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  Petitioner has also filed a

19   motion to proceed in forma pauperis.  Because petitioner paid the filing fee, the motion to

20   proceed in forma pauperis is denied as unnecessary.

21        Attached to the petition as exhibits are documents related to petitioner's direct appeal and

22   state habeas petitions.  It appears that petitioner is raising all of the claims raised on direct appeal

23   and in his state habeas petitions in the instant action.  However, before the court directs

24   respondent to respond to the petition, petitioner must clarify whether he is raising all of the claims

25   raised in his direct appeal and state habeas petitions in the instant action.  If petitioner is not

26   raising all of these claims, he is directed to file an amended petition clarifying the claims he is

27   raising.

28   ////

                                        1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Petitioner's motion to proceed in forma pauperis (ECF No. 2) is denied as

3        unnecessary;

4    2.  Within fourteen days of the date of this order, petitioner shall file a short statement

5        informing the court whether he is raising all of the claims raised on direct appeal and

6        in his state habeas petitions in the instant action; if petitioner is not raising all of these

7        claims, he shall file an amended petition within that time clarifying the claims he is

8        raising.

9    Dated:  May 15, 2014

10

11    whit0947.100fee

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE